PHILLIPS *v.* HOLTZENDORFF.

HINES, J. Under the pleadings and conflicting evidence the court did not err in refusing an injunction.

*Judgment affirmed. All the Justices concur.*

*W. C. Little,* for plaintiff. *J. T. Powell,* for defendant.